UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHWANI BHAKHRI,<br><br>        Plaintiff,<br><br>    v.<br><br>RAY RUIZ,<br><br>        Defendant. | Case No. 17-cv-00740-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE**<br><br>Re: Dkt. No. 7 |

On February 17, 2017, Magistrate Judge Jacqueline Scott Corley granted defendant's application to proceed *in forma pauperis* and issued an Order to Show Cause, requiring defendant Ruiz to show cause why this removed unlawful detainer case should not be remanded to Alameda County Superior Court for lack of jurisdiction. Dkt. No. 5. Defendant did not file a response to the OSC and on March 23, 2017, Judge Corley issued a Report and Recommendation recommending that this case be remanded.

Objections to Judge Corley's recommendation were due by April 6, 2017. Federal Rule of Civil Procedure 72(b); Civ. Local Rule 72-3. As of today's date, no objections have been filed. Having reviewed the Report and Recommendation, as well as the record in this case, I ADOPT Judge Corley's Report and Recommendation in full. This case is REMANDED to Alameda County Superior Court for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: April 11, 2017

William H. Orrick
United States District Judge